# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

_____

LEON A. BROWN IV also known as Captain,

          Petitioner,

   v.

SECRETARY OF THE UNITED STATES AIR FORCE and WARDEN FCC-Lompoc,

          Respondents.

_____

)
)
)
)
)
)
)
)
)
)
)
)

**ORDER**

No. LA CV 24-02928-VBF-SSC

Overruling Petitioner's Objections & Adopting Report & Recommendation

Granting Motion to Dismiss and Terminating the Action

On April 23, 2025, the respondents filed a motion to dismiss the 28 U.S.C. section 2241 habeas corpus petition (CM/ECF Document ("Doc") 26). Also on April 23, 2025, however, petitioner constructively filed a notice of change of address (Doc 40), which was docketed on April 29, 2025. Accordingly, the United States Magistrate Judge issued an Order (Doc 41) directing that the respondents serve their motion to dismiss on petitioner at his new location, which they did on April 30, 2025 (*see* Doc 42, Certificate of Service).

On May 2, 2025, petitioner constructively filed a motion to extend his deadline for responding to the motion to dismiss (Doc 43). Petitioner's extension request was docketed on May 8, 2025 and granted by Order of the Magistrate Judge issued May 12, 2025 (Doc 44). Meanwhile, petitioner constructively filed his brief opposing dismissal (Doc 45) on May 8, 2025, and it was docketed May 19, 2025. Respondents timely filed their reply brief (Doc 50) on July 14, 2025. By Order issued August 6, 2025, the Magistrate Judge granted

petitioner's motion for leave to file a sur-reply, which was docketed on that same date.

On January 7, 2026, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc 54), and the accompanying notice (Doc 55) advised the parties that any Fed. R. Civ. P. 72(b) objections were due no later than January 27, 2026.  By subsequent Order (Doc 58), the Magistrate Judge extended the objection deadline to February 27, 2026. Petitioner filed timely Objections (Doc 60) on February 9, 2026, then a Notice of Errata (Doc 61) on February 17, 2026, which the Court construes as a second timely objection.

On March 16, 2026, this Court issued an Order (Doc 62) requiring the respondents to respond to both objection documents, which they did timely on April 3, 2026 (Doc 63).

On April 8, petitioner filed a motion for leave to file a reply to the respondents' response to objections (Doc 65), which the Magistrate Judge denied by Order issued April 17, 2026 (Doc 66).

Finally, on April 21, 2026, petitioner constructively filed an "objection" to the Magistrate's refusal to let him file a reply in further support of his objections to the R&R (Doc 67), which was docketed on April 24, 2026.

### ORDER

Document 67, Petitioner's "objection" to the Magistrate Judge's April 17, 2026 Order, is construed as an appeal to the District Judge pursuant to Fed. R. Civ. P. 72(a), and as such **Doc #67 is DENIED.**

The respondents filed their motion to dismiss over a year ago, and the Court has consistently accommodated petitioner's several requests to extend his deadlines in this case. The Court allowed him to file a sur-reply in further opposition to the motion to dismiss, and it considered both of his objections to the R&R after extending that objection deadline as well.  The Magistrate Judge did not act contrary to law, make or rely on any erroneous factual findings, or treat petitioner unjustly by declining to allow yet further briefing in this matter.  It was reasonable to conclude that the parties' motion briefs, the R&R, the two objections to the R&R, and the respondents' response to those objections, are sufficient to

permit intelligent thorough determination of the issues.

**Petitioner's objections [Doc #60 and Doc #61] ARE OVERRULED.**

**The R&R [Doc #54] is ADOPTED.**

**The respondents' motion to dismiss [Doc #26] is GRANTED.**

**The habeas corpus petition is DISMISSED with prejudice.**

Final judgment consistent with the R&R shall be entered as a separate document.

**IT IS SO ORDERED.**

_____

Dated: April 30, 2026

Honorable Valerie Baker Fairbank

Senior United States District Judge