UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON A. BROWN, IV, | Case No. 2:24-cv-02928-VBF-SSC |
| Petitioner, | |
| v. | **JUDGMENT** |
| SECRETARY OF THE AIR FORCE, | |
| Respondent. | |

Final judgment is hereby entered in favor of the respondents and against the petitioner.  IT IS SO ADJUDGED.

Date:  April 30, 2026

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE